UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-8897-GW-JCx | Date | January 19, 2023 |
|---|---|---|---|
| Title | *Sung Park, et al. v. State Farm General Insurance Company, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Vincent C. Chan | Matthew F. Batezal |

**PROCEEDINGS:** **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER FRCP 12(b)(6) [11]; and SCHEDULING CONFERENCE**

The Court's Tentative Ruling on Defendant's Motion [11] was issued on January 17, 2023 [16]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. Defendant's Motion is granted with leave to amend. Plaintiff will have until February 1, 2023 to file a First Amended Complaint. Defendant will have ten days after the amended complaint is filed to respond.

The scheduling conference is continued to February 23, 2023 at 8:30 a.m. The parties are to file a joint status report by noon on February 21, 2023.

|  | : | 01 |
|---|---|---|
|  | Initials of Preparer | JG |