# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-8897-GW-JCx | Date | December 18, 2024 |
|---|---|---|---|
| Title | *Sung Park, et al. v. State Farm General Insurance Company, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On December 18, 2024, Plaintiffs filed a Notice of Settlement [88]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for January 23, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on January 21, 2025.

                                                              :

Initials of Preparer     JG