JS-6

1  EVANGELINE F. GROSSMAN State Bar No.176014
   egrossman@eflawyer.com
2  TONNA K. FAXON State Bar No. 237605
   tfaxon@eflawyer.com
3  **EVANGELINE FISHER GROSSMAN LAW**
   330 North Indian Hill Boulevard
4  Claremont, California 91711
   Telephone: (909)626-1934
5  Facsimile:  (909)626-1900

6  Attorneys for Plaintiffs

7               UNITED STATES DISTRICT COURT

8         FOR THE CENTRAL DISTRICT OF CALIFORNIA

9                    WESTERN DIVISION

10

11 SUNG PARK and ELISA PARK,          Case No.: CV 22-8897-GW-JCx

12            Plaintiffs,             [Los Angeles Superior Court Case No.
                                      22TRCV01092]
13 v.
                                      **ORDER OF DISMISSAL**
14
   STATE FARM GENERAL
15 INSURANCE COMPANY; and DOES 1
   to 10, Inclusive;                  Complaint Filed: October 31,  2022
16
            Defendants.
17

18

19        Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure

20 41(a)(1)(ii), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS**

   **DISMISSED WITH PREJUDICE** in its entirety. The Clerk is directed to close the
21
   file.
22

23 Dated: January 22, 2025

24                                    _____

25                                    HON. GEORGE H. WU,
                                      UNITED STATES DISTRICT JUDGE
26

27

28



**[PROPOSED] ORDER OF DISMISSAL**